UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DALE WOODBY,

    Plaintiff,

v.                                        Case No: 6:12-cv-260-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

### REPORT AND RECOMMENDATION[1]

Pending before the Court is Plaintiff's Motion for Voluntary Dismissal. (Doc. 19). Plaintiff seeks to "dismiss the complaint against the Commissioner of Social Security <u>with Prejudice</u>." (<u>Id.</u>) (emphasis in original). Upon due consideration, I respectfully recommend that the motion be **GRANTED**; the case be **DISMISSED WITH PREJUDICE**; and the Clerk be directed to **CLOSE** the file.

**RESPECTFULLY RECOMMENDED** in Orlando, Florida on September 28, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Counsel of Record

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.