UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DALE WOODBY,

Plaintiff,

-vs-                                                    Case No. 6:12-cv-260-Orl-18TBS

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Voluntary Dismissal (Doc. 19). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Motion is **GRANTED** and the case is **DISMISSED** with prejudice. Clerk of the court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this _____ day of October, 2012.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record